| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding       12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Technicolor S.A.

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☑ Other  333 773 174  . Describe identifier  RCS / SIREN number  .

   **For individual debtors:**
   ☐ Social Security number: xxx – xx– ___ ___ ___ ___
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Laurent Carozzi

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Sauvegarde financiere accélérée (i.e., expedited financial safeguard)

5. **Nature of the foreign proceeding**

   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Declaration of the Foreign Representative in Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

| Debtor | Technicolor S.A. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   France

   **Debtor's registered office:**

   8-10 rue du Renard
   Number       Street

   _____
   P.O. Box

   Paris                                         75004
   City       State/Province/Region       ZIP/Postal Code

   France
   Country

   **Individual debtor's habitual residence:**

   _____
   Number       Street

   _____
   P.O. Box

   _____
   City       State/Province/Region       ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   8-10 rue du Renard
   Number       Street

   _____
   P.O. Box

   Paris                                         75004
   City       State/Province/Region       ZIP/Postal Code

   France
   Country

10. **Debtor's website** (URL)   https://www.technicolor.com

11. **Type of debtor**

   *Check one:*

   ☑ Non-individual (*check one*):

       ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ❑ Partnership

       ❑ Other.  Specify: _____

   ❑ Individual

| Debtor | Technicolor S.A. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_____     Laurent Carozzi
Signature of foreign representative     Printed name

Executed on   06/22/2020
                MM / DD / YYYY

✗ _____     _____
Signature of foreign representative     Printed name

Executed on   _____
                MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Matthew D. Cavenaugh          Date   06/22/2020
Signature of Attorney for foreign representative          MM / DD / YYYY

Matthew D. Cavenaugh
Printed name

Jackson Walker L.L.P.
Firm name

1401 McKinney Street, Suite 1900
Number     Street

Houston                              Texas     77010
City                                 State     ZIP Code

(713) 752-4200                       mcavenaugh@jw.com
Contact phone                        Email address

24062656                             TX
Bar number                           State

Official Form 401       Chapter 15 Petition for Recognition of a Foreign Proceeding       page 3

## Schedule 1

## Technicolor S.A.
## Corporate Ownership Statement

Pursuant to rules 1007(a)(1)(A) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:[1]

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| RWC Asset Management LLP | 10.13% |

---

[1] Information as of May 20, 2020.

## Schedule 2

## Technicolor S.A.

Pursuant to rule 1007(a)(1)(B) of the Federal Rules of Bankruptcy Procedure, the following are all persons or bodies authorized to administer foreign proceedings of the Debtor:

| Authority | Contact |
|---|---|
| Laurent Carozzi (Foreign Representative - Chief Financial Officer and member of the Executive Committee) | Technicolor S.A. 8-10 rue du Renard 75004 Paris, France Attn: Laurent Carozzi |
| Richard Moat (Technicolor S.A. - Chief Executive Officer) | Technicolor S.A. 8-10 rue du Renard 75004 Paris, France Attn: Richard Moat |
| Hélène Bourbouloux (Court-Appointed Official - *Administrateur Judiciaire*) | Selarl FHB 176 avenue Charles de Gaulle 92000 Neuilly-sur-Seine France |
| Gaël Couturier (Court-Appointed Official - *Administrateur Judiciaire*) | Selarl FHB 176 avenue Charles de Gaulle 92000 Neuilly-sur-Seine France |
| Paul-Louis Netter (Court-Appointed Official - President of the Commercial Court of Paris ) | 1 Quai de la Corse 75004 Paris, France |
| Valérie Leloup-Thomas (Court-Appointed Official - *Mandataire Judiciaires* (Creditors' Representative)) | Selafa MJA 102 rue de faubourg Saint-Denis 75479 Paris, France |
| Mr. Christian Tessiot (Court-Appointed Official - *Juge-Commissaire* (Insolvency Judge)) | 1 Quai de la Corse 75004 Paris, France |