IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

CASE # 20-33113 (DRJ)

IN RE:

TECHNICOLOR S.A

FILED
JUL 10 2020
David J. Bradley, Clerk of Court

REQUEST FOR REMOVAL AND/OR CLARIFICATION.

ON 7/2/20 I, RICHARD COLVIN REID, RECEIVED SEVERAL FILINGS RELATED TO THE CIVIL BANKRUPTCY ACTION CITED ABOVE IN WHICH I HAVE BEEN NAMED AS AN INTERESTED PARTY, HOWEVER I HAVE NO KNOWLEDGE OF THE PARTIES INVOLVED IN THIS CIVIL ACTION, AND PRIOR TO RECEIVING THE FILINGS SENT TO ME ON 7/2/20 HAD NEVER EVEN HEARD OF TECHNICOLOR S.A, AND AS SUCH IT IS NOT CLEAR TO ME WHY I HAVE BEEN NAMED AS AN INTERESTED PARTY IN THIS CASE, AND I THUS REQUEST THAT THE COURT ORDER THAT I EITHER BE REMOVED FROM ALL FUTURE PROCEEDINGS RELATED TO THIS CASE OR AT LEAST BE INFORMED AS TO WHY MY NAME IS MENTIONED IN RELATION TO IT AND WHAT INTERESTS I HAVE IN IT CONTINUING.

RESPECTFULLY SUBMITTED,

DATED 7/6/20

RICHARD REID 24079-038
USP ADMAX PO BOX 8500
FLORENCE CO 81226

Richard Reid 24579-038
JSP Annex Po Box 8500
Florence, Co 81226

To The Clerk of The Court, please, forward The accompanying; Request for Removal and/or Clarification; to The relevant authorities in Re to CASE # 20-33113 (DRJ), IN RE: Technicolor S.A.

Thank you. R. Reid